```
                                              _____FILED_____ENTERED
                                              _____LOGGED_____RECEIVED
```

IN THE UNITED STATES DISTRICT COURT     MAR 0 9 2016
FOR THE DISTRICT OF MARYLAND

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-16-086 |
| | * | |
| DONTAE SMALL, | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

## MOTION TO SEAL INDICTMENT

Comes now the United States of America, by and through its Attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland and Sandra Wilkinson, Assistant United States Attorney for said District, and hereby moves this Honorable Court pursuant to Fed. R. Crim. P. 6(e)(4) for an Order sealing the Indictment returned by the Grand Jury and arrest warrant relative to the above-named defendant, and in support thereof states:

1. On March 9, 2016, the Grand Jury returned an indictment charging the above-named defendant with conspiracy to commit carjacking; carjacking; destruction of government property and aiding and abetting.

2. The government requests that the Indictment be sealed until the execution of the arrest warrant. The defendant is unaware of the federal investigation against him and the government is continuing to investigate possible obstruction. The government asks the sealing to continue until March 15, 2016, as that is the day after his state charges will be dismissed in favor of the federal case.

WHEREFORE, the government respectfully requests that the Indictment and arrest warrant for the arrest of the above named defendant along with this motion and the Court's

reasons for sealing, if made express in the order, be placed under seal until further order of this Court.

                                            Respectfully submitted,

                                            Rod J. Rosenstein
                                            United States Attorney

                                            _____
                                            Sandra Wilkinson
                                            Assistant United States Attorney
                                            36 South Charles Street, Fourth Floor
                                            Baltimore, MD  21201