```
                                              ____ FILED ____ ENTERED
                                              ____ LOGGED ____ RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAR 0 9 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **UNDER SEAL** |
| | * | |
| v. | * | CRIMINAL NO. CCB-16-086 |
| | * | |
| **DONTAE SMALL,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

\*\*\*\*\*\*\*

## ORDER

Upon review of the Motion of the United States of America, the Court hereby adopts the government's proffer of the reasons for sealing as presented therein, and it is this __9__ day of March 2016, ORDERED that the indictment and arrest warrant charging the above-referenced defendant, along with the motion to seal and this Order, be placed under seal until further order of this Court.

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

Dated: 3/9/16

_____
J. Mark Coulson
United States Magistrate Judge