IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. CCB-16-086 |
| | : | |
| DONTAE SMALL | : | |
| | : | |

...oOo...

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Sandra Wilkinson, Assistant United States Attorney for said District, hereby files this Motion to Unseal Indictment. The defendant will need to be apprised of the charges against him. Therefore, it is no longer necessary to maintain the Indictment under seal.

Accordingly, the United States of America requests that the Court enter an Order unsealing the Indictment set forth herein.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _Sandra Wilkinson by JTM_
Sandra Wilkinson
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4921