IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. CCB-16-086
:
DONTAE SMALL :
:

...oOo...

### ORDER

Upon consideration of the Government's Motion to Unseal the Indictment, it is this 15th day of March, 2016 by the United States District Court for the District of Maryland, hereby ORDERED that:

The Indictment filed herein shall no longer be maintained under seal.

_____
Stephanie A. Gallagher
United States Magistrate Judge